The Honorable Thomas S. Zilly

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NEXTUNE, INC., a Washington Corporation,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT BUCKNER McKINNEY, individually; CHRISTOPHER SCOTT HARRISON, individually; and EMI MUSIC NORTH AMERICA, a Delaware Corporation,<br><br>Defendants. | Case No. 2:12-cv-01974<br><br>DECLARATION OF JASON R. DONOVAN IN OPPOSITION TO DEFENDANT HARRISON'S MOTIONS TO DISMISS |

I, Jason R. Donovan, declare as follows:

1. I am counsel for plaintiff nexTUNE, Inc. in the above-captioned matter and the claims asserted in this action. I am over 18 years of age, have personal knowledge as to the matters set forth herein, and am competent to testify to them.

2. Attached as Exhibit A is a true and correct copy of the Declaration Of Defendant Christopher Harrison In Support Of Motion For Sanctions Pursuant To FRCP 11. I received a copy of that declaration by email from Harrison's counsel on December 12, 2012. That declaration was never filed with the Court.

///

///

///

DECLARATION OF JASON R. DONOVAN IN OPPOSITION
TO DEFENDANT HARRISON'S MOTIONS TO DISMISS - 1
Case No. 2:12-CV-01974

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400  FAX (206) 447-9700

51267870.1

1  I declare under penalty of perjury that the foregoing is true and correct. Executed at
2  Seattle, Washington this 31st day of December, 2012.

                                                    _____
                                                    Jason R. Donovan, WSBA No. 40994

DECLARATION OF JASON R. DONOVAN IN OPPOSITION
TO DEFENDANT HARRISON'S MOTIONS TO DISMISS - 2
Case No. 2:12-CV-01974

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400  FAX (206) 447-9700

51267870.1

## CERTIFICATE OF SERVICE

I certify that on December 31, 2012, a true copy of the foregoing document was served electronically upon the parties via CM/ECF, or as indicated, as follows:

| | |
|---|---|
| Don Paul Badgley<br>Badgley Mullins Law Group<br>701 Fifth Avenue, Suite 4750<br>Seattle, Washington  98104<br>Phone:  206-621-6566<br>Fax: 206-621-9686<br>Email: donbadgley@badgleymullins.com<br>*Counsel for Defendant Christopher Scott Harrison* | ☐ via Hand Delivery<br>☐ via First Class Mail, postage prepaid<br>☐ via Facsimile<br>☐ via E-mail<br>☒ via Electronic Court Filing |
| Robert Buckner McKinney<br>2203 East 5th<br>Austin, Texas  78762 | ☐ via Hand Delivery<br>☒ via First Class Mail, postage prepaid<br>☐ via Facsimile<br>☐ via E-mail<br>☐ via Electronic Court Filing |
| EMI Music North America<br>c/o Melissa Battino<br>Director, Legal Affairs<br>150 5th Avenue<br>New York, New York  10011 | ☐ via Hand Delivery<br>☒ via First Class Mail, postage prepaid<br>☐ via Facsimile<br>☐ via E-mail<br>☐ via Electronic Court Filing |

*s/Jason R. Donovan*
Jason R. Donovan

CERTIFICATE OF SERVICE - 3

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400  FAX (206) 447-9700

51267870.1

# Exhibit A

To Declaration Of Jason R. Donovan In Opposition
To Defendant Harrison's Motions To Dismiss

The Honorable Thomas S. Zilly

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NEXTUNE, INC., a Washington Corporation,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT BUCKNER McKINNEY, individually; CHRISTOPHER SCOTT HARRISON, individually; and EMI MUSIC NORTH AMERICA, a Delaware Corporation,<br><br>Defendants. | CASE No.: 2:12-cv-01974-TSZ<br><br>DECLARATION OF DEFENDANT CHRISTOPHER SCOTT HARRISON IN SUPPORT OF MOTION FOR SANCTIONS PURSUANT TO FRCP 11 |

I, Christopher Scott Harrison, declare as follows:

1. I am very concerned that this action will have negative ramifications for my reputation and career.

2. The filing of this suit has damaged me. I had to inform my new employer that I was a defendant in a lawsuit in which I was accused of misappropriating trade secrets. My employer has inquired whether it is required to inform its insurance carrier of this suit. I am also applying for admission to the California Bar as in in-house counsel. I will have to disclose these spurious allegations, which may harm my admission process. Finally, as an attorney without a

DECLARATION OF DEFENDANT CHRISTOPHER
SCOTT HARRISON IN SUPPORT OF MOTION FOR
SANCTIONS PURSUANT TO FRCP 11 - 1
2:12-cv-01974-TSZ

BADGLEY ~ MULLINS
LAW GROUP
Columbia Center
701 Fifth Avenue, Suite 4750
Seattle, Washington 98104
Telephone: (206) 621-6566
Fax: (206) 621-9686

Page 5 of 8

single ethical complaint filed during my more than eleven years of practice, the damage to my reputation is incalculable. The longer these false and malicious allegations remain in the public record, the more my reputation is damaged.

3. At no time did I provide or share any information regarding nexTune or EMI's claims against nexTune to DMX or Mood or any competitor of nexTune. I never provided the information provided by nexTune on August 31, 2012 to anyone at DMX or Mood or any competitor of nexTune. The only use to which the information provided by nexTune was put was the analysis of my client EMI's legal claims against nexTune.

4. I currently reside in Austin, Texas. I have recently accepted employment in California and will be moving there at the end of this year.

5. I have never transacted business in the state of Washington.[1] I have never represented a client in Washington nor represented a Washington-based client. I have never solicited clients in Washington, never directed advertising for my legal services to Washington, and I am not licensed to practice law in Washington.

6. I have never committed a tortious act within the state of Washington. I do not own any real or personal property located in the state of Washington. I have no insurance covering persons or property or risk located in the state of Washington. I have never conceived a child in or lived in a marital relationship in the state of Washington.

7. Until November 30, 2012, I represented EMI North America ("EMI") in certain matters related to the enforcement of its copyrights. Effective November 30, 2012 I no longer represent EMI. The termination of my representation of EMI coincides with my acceptance of

---

[1] While working for and at the direction of a prior employer, I did visit my former employer's Seattle office approximately once per year, the last visit coming in August, 2011.

DECLARATION OF DEFENDANT CHRISTOPHER
SCOTT HARRISON IN SUPPORT OF MOTION FOR
SANCTIONS PURSUANT TO FRCP 11 - 2
2:12-cv-01974-TSZ

BADGLEY ~ MULLINS
LAW GROUP
Columbia Center
701 Fifth Avenue, Suite 4750
Seattle, Washington 98104
Telephone: (206) 621-6566
Fax: (206) 621-9686

Page 6 of 8

new employment in California.

8.  As a legal representative of EMI, I first met with nexTune's Chairman and President Michael Dukane on September 7, 2012 in Austin, Texas. Prior to this meeting, as a legal representative of EMI I had not telephoned or directed correspondence to nexTune. As a legal representative of EMI, the September 7, 2012 meeting in Austin, Texas was the only contact I had with nexTune.

9.  I am not involved in any copyright dispute between Plaintiff and the Defendant EMI.

I am competent to testify to the facts set forth in this declaration and declare under the penalty of perjury of the laws of Washington that the foregoing statements are true and correct.

DATED this 12th day of December, 2012, in Austin, Texas.

_____
Christopher Scott Harrison

12/12/12

DECLARATION OF DEFENDANT CHRISTOPHER
SCOTT HARRISON IN SUPPORT OF MOTION FOR
SANCTIONS PURSUANT TO FRCP 11 - 3
2:12-cv-01974-TSZ

BADGLEY ~ MULLINS
LAW GROUP
Columbia Center
701 Fifth Avenue, Suite 4750
Seattle, Washington 98104
Telephone: (206) 621-6566
Fax: (206) 621-9686

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on December ___, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Richard T. Black, WSBA No. 20899
Jason R. Donovan, WSBA No. 40994
Foster Pepper PLLC
1111 Third Avenue, Suite 3400
Seattle, WA 98101
Phone: 206-447-4400
Fax: 206-447-9700
Email: blacr@foster.com
Email: donoj@foster.com
**Attorneys for Plaintiff nexTUNE, Inc.**

                                              s/ Don Paul Badgley
Don Paul Badgley, WSBA No. 457
BADGLEY~MULLINS LAW GROUP
701 Fifth Avenue, Suite 4750
Seattle, Washington, 98104
Telephone: (206) 621-6566
Facsimile: (206) 621-9686
Email: donbadgley@badgleymullins.com

DECLARATION OF DEFENDANT CHRISTOPHER SCOTT HARRISON IN SUPPORT OF MOTION FOR SANCTIONS PURSUANT TO FRCP 11 - 4
2:12-cv-01974-TSZ

BADGLEY ~ MULLINS
LAW GROUP
Columbia Center
701 Fifth Avenue, Suite 4750
Seattle, Washington 98104
Telephone: (206) 621-6566
Fax: (206) 621-9686

Page 8 of 8