IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASH. AT SEATTLE

| | |
|---|---|
| **NEXTUNE, INC., A WASHINGTON CORPORATION,**<br><br>Plaintiff/Petitioner<br><br>vs.<br><br>**ROBERT BUCKNER MCKINNEY, INDIVIDUALLY; ET AL.,**<br><br>Defendant/Respondent | Hearing Date:<br><br>CAUSE NO: **C12-1974 TSZ**<br><br>AFFIDAVIT OF SERVICE OF:<br>**SUMMONS IN A CIVIL ACTION; AMENDED COMPLAINT FOR DECLARATORY JUDGMENT AND ANCILLARY RELIEF AND JURY DEMAND; COMPLAINT FOR DECLARATORY JUDGMENT AND ANCILLARY RELIEF AND JURY DEMAND** |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, has the authority to serve pleadings in the State named below, and is competent to be a witness therein.

On the **19th day of February, 2013**, at **4:58 PM**, at the address of **150 5TH Avenue #7, NEW YORK, New York** County, **NY 10011**; this affiant served the above described documents upon **EMI MUSIC NORTH AMERICA, A DELAWARE CORPORATION** by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **Matt Rothman Senior Legal Director of Legal Services, PERSON AUTHORIZED TO ACCEPT, A white male approx. 35-45 years of age, 5'8"-6'0" tall, weighing 160-180 lbs with brown hair..**

No Information was provided or discovered that indicates that the subjects served are members of the U.S. military.

DATED this 20th day of February, 2013

_____
Thomas Russo, Reg. # 1076023, Kings, NY

Service Fee Total: **$175.00**

SUBSCRIBED AND SWORN to before me this ___ day of Feb , 20___

NOTARY PUBLIC in and for the State of **New York**
Residing at: _____
My Commission Expires: _____



FOR: **Foster, Pepper PLLC - Seattle**
REF: **206410-1**

ORIGINAL AFFIDAVIT OF SERVICE

Tracking #: **7723621** SEA FIL

CHRISTINE C IMBRIALE
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01IM6255974
QUALIFIED IN RICHMOND COUNTY
COMMISSION EXPIRES FEBRUARY 21ST, 2016