UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NEXTUNE, INC.,<br><br>           Plaintiff,<br><br>   v.<br><br>ROBERT BUCKNER MCKINNEY, et al.,<br><br>           Defendants. | C12-1974 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiff's Motion to Extend Time for Service of Process and Alternative Service, docket no. 37, is GRANTED in part and DENIED in part. The Court extends the time period for service of Defendant Robert Buckner McKinney for forty-five (45) days. The Court declines to enter an order authorizing service by mail and/or publication at this time.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 21st day of March, 2013.

                                                                 William M. McCool
                                                                 Clerk

                                                                 s/Claudia Hawney
                                                                 Deputy Clerk

MINUTE ORDER - 1