UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NEXTUNE, INC., <br><br> Plaintiff, <br><br> v. <br><br> ROBERT BUCKNER MCKINNEY, et al., <br><br> Defendants. | C12-1974 TSZ <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)  The parties are reminded of their obligation, pursuant to the Court's minute entry of November 15, 2012, to file a Joint Status Report ("JSR") in this matter. The parties are DIRECTED to file a JSR by Friday, July 12, 2013. Failure to comply with this Court's Order requiring JSR may result in dismissal without further notice to the parties.

(2)  The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 31st day of May, 2013.

William M. McCool
Clerk

s/Claudia Hawney
Deputy Clerk

MINUTE ORDER - 1