The Honorable Thomas S. Zilly

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NEXTUNE, INC., a Washington Corporation,<br><br>Plaintiff and Counterclaim Defendant,<br><br>v.<br><br>ROBERT BUCKNER McKINNEY, individually; CHRISTOPHER SCOTT HARRISON, individually; and EMI MUSIC NORTH AMERICA, a Delaware Corporation,<br><br>Defendants/Counterclaimant,<br><br>v.<br><br>MICHAEL DUKANE, individually, KEN M. MANDELBAUM, individually, and GEOFF MEAGHER, individually<br><br>Counterclaim Defendants. | Case No. 2:12-cv-01974-TSZ<br><br>NOTICE OF VOLUNTARY DISMISSAL OF COUNTERCLAIMS AGAINST KEN M. MANDELBAUM PURSUANT TO F.R.C.P. 41(a)(1)(A)(i) |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Counterclaimant, EMI MUSIC NORTH AMERICA, hereby gives notice that the Counterclaims against Ken M. Mandelbaum, Counterclaim Defendant, are hereby voluntarily dismissed without prejudice.

NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS AGAINST
KEN M. MANDELBAUM PURSUANT TO F.R.C.P.
41(a)(1)(A)(i) - 1

LAW OFFICE OF BUCK MCKINNEY, PC
2203 E. 5th St. Austin, Texas 78702
Phone: (512) 236-0150 Fax (512) 444-1879

2:12-cv-01974-TSZ

Dated: June 12, 2013

**LAW OFFICE OF BUCK McKINNEY, PC**

s/ R. Buck McKinney
LAW OFFICE OF BUCK McKINNEY, PC
State Bar No. 00784572
P.O. Box 6231
Austin, Texas 78762-6231
Telephone: 512/236-0150
Fax: 512/444-1879
ATTORNEY FOR DEFENDANT/PLAINTIFF EMI MUSIC NORTH AMERICA, LLC
*(pro hac vice application pending)*

**BAETZ/LAMKA/CLARK, LLP**

s/ Allen D. Clark
Allen D. Clark, Esq.
State Bar No. 1345
1500 Two Union Square
601 Union Street
Seattle, WA 98101-1374
ATTORNEY FOR DEFENDANT/PLAINTIFF EMI MUSIC NORTH AMERICA, LLC