UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NEXTUNE, INC., a Washington Corporation,<br><br>    Plaintiff/Counterclaim Defendant,<br><br>    v.<br><br>ROBERT BUCKNER MCKINNEY, individually; and EMI MUSIC NORTH AMERICA, a Delaware Corporation,<br><br>    Defendants/Counterclaimant,<br><br>    v.<br><br>MICHAEL DUKANE, individually; and GEOFF MEAGHER, individually,<br><br>    Counterclaim Defendants. | C12-1974 TSZ<br><br>MINUTE ORDER |

    The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

    (1)    Plaintiff's motion for a protective order, docket no. 99, is DENIED. Plaintiff has failed to establish that the materials in question are trade secrets or otherwise confidential and that disclosure would cause specific prejudice or harm. Foltz v. State Farm Mutual Auto Ins. Co., 331 F.3d 1122, 1130 (9th Cir. 2003). The question of whether these documents are trade secrets goes to the heart of Plaintiff's claim of misappropriation of trade secrets and whether or not they constitute "trade secrets" cannot be decided on the record before the Court.

MINUTE ORDER - 1

(2) Defendants' request for sanctions, docket no. 103 at 13, is DENIED.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 23rd day of September, 2013.

                                              William M. McCool
                                              Clerk

                                              s/Claudia Hawney
                                              Deputy Clerk