1

The Honorable Thomas S. Zilly

2

3

4

5

6          IN THE UNITED STATES DISTRICT COURT
           WESTERN DISTRICT OF WASHINGTON

7

8     NEXTUNE, INC., a Washington Corporation,

          Plaintiff/Counterclaim Defendant,          Case No. 2:12-cv-01974-TSZ

9         v.                                          **JOINT MOTION FOR DISMISSAL WITH PREJUDICE**

10
      EMI MUSIC NORTH AMERICA, a Delaware            NOTE ON MOTION CALENDAR:
11    Corporation,                                    August 7, 2014

12                    Defendant/Counterclaimant,

13        v.

14
      MICHAEL DUKANE, individually; and
15    GEOFF MEAGHER, individually,

16                    Counterclaim Defendants.

17          Pursuant to Fed. R. Civ. P. 41, Plaintiff/Counterclaim Defendant nexTUNE, Inc.,

18    Defendant/Counterclaimant EMI Music North America, and Counterclaim Defendants Michael

19    DuKane and Geoff Meagher (collectively, the "Parties"), through their designated counsel,

20    hereby jointly move for an order dismissing, with prejudice, all claims and counterclaims

21    asserted in the above-captioned matter.   Each party shall bear its own costs, expenses and

22    attorneys' fees.

23    / / /

24    / / /

25    / / /

26    / / /

JOINT MOTION FOR DISMISSAL WITH PREJUDICE - 1
Case No. 2:12-cv-01974-TSZ

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400  FAX (206) 447-9700

51375563.1

1       DATED this 7th day of August, 2014.

2

3    FOSTER PEPPER PLLC                LAW OFFICE OF BUCK MCKINNEY, PC

4    *s/Charles P. Rullman*                *s/ Robert Buckner McKinney*

5    Charles P. Rullman, WSBA # 42733       Buck McKinney
*s/Richard T. Black*                   2203 East 5th Street

6    Richard T. Black, WSBA #20899        Austin, Texas  78702
*s/Jason R. Donovan*                Phone: 512-236-0150

7    Jason R. Donovan, WSBA #40994      Fax: 512-444-1879
Email: bmckinney7@grandecom.net

8    1111 Third Avenue, Suite 3400
Seattle, WA 98101               *Pro Hac Vice Counsel for EMI Music North*

9    Phone:  206-447-4400             *America*
Fax:  206-447-9700

10   Email:
rullc@foster.com

11   blacr@foster.com
donoj@foster.com

12   *Attorneys for nexTUNE, Inc., Michael DuKane*
*and Geoff Meagher*

13

14

15   BAETZ LAMKA CLARK LLP

16   *s/ Al Clark*
Al Clark, WSBA # 1345

17   601 Union Street, Suite 1500
Seattle, Washington  98101

18   Phone:  206-973-1610
Email: alclark@baetzlamkaclark.com

19   *Counsel for EMI Music North America*

20

21

22

23

24

25

26

**FOSTER PEPPER PLLC**
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON  98101-3299
PHONE (206) 447-4400  FAX (206) 447-9700

51375563.1

## CERTIFICATE OF SERVICE

I certify that on August 7, 2014 a true copy of the foregoing document was served as follows:

| | |
|---|---|
| R. Buck McKinney<br>Law Office of Buck McKinney, PC<br>2203 East 5th Street<br>Austin, Texas  78702<br>Phone: 512-236-0150<br>Fax: 512-444-1879<br>Email: bmckinney7@grandecom.net | ☐ via Hand Delivery<br>☒ via First Class Mail, postage prepaid<br>☐ via Facsimile<br>☒ via E-mail<br>☒ via Electronic Court Filing |
| Al Clark<br>Hall Baetz<br>Baetz Lamka Clark LLP<br>601 Union Street, Suite 1500<br>Seattle, Washington  98101<br>Phone:  206-973-1610<br>Email: hallbaetz@baetzlamkaclark.com<br>hallbaetz@comcast.net<br>alclark@baetzlamkaclark.com<br>*Counsel for EMI Music North America* | ☐ via Hand Delivery<br>☐ via First Class Mail, postage prepaid<br>☐ via Facsimile<br>☒ via E-mail<br>☒ via Electronic Court Filing |

*s/ Colleen Hickman*
Colleen Hickman

CERTIFICATE OF SERVICE - 1
Case No. 2:12-cv-01974-TSZ

**FOSTER PEPPER PLLC**
**1111 THIRD AVENUE, SUITE 3400**
**SEATTLE, WASHINGTON  98101-3299**
**PHONE (206) 447-4400  FAX (206) 447-9700**

51375563.1